# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: June 6, 2022

\* \* \* \* \* \* \* \* \* \* \* \* \*

JUDY ECHOLS,                        \*                    UNPUBLISHED
                                    \*
        Petitioner,                 \*                    No. 17-838V
                                    \*
v.                                  \*                    Special Master Gowen
                                    \*
SECRETARY OF HEALTH                 \*                    Decision on Damages; Proffer;
AND HUMAN SERVICES,                 \*                    Influenza ("Flu"); Left Brachial
                                    \*                    Plexopathy.
        Respondent.                 \*
\* \* \* \* \* \* \* \* \* \* \* \* \*

*Lauran Levenberg,* Muller Brazil, LLP, Dresher, PA, for Petitioner.
*Katherine Esposito,* U.S. Dept. of Justice, Washington, D.C., for respondent.

## DECISION ON DAMAGES[1]

On June 21, 2017, Judy Echols ("petitioner") filed a petition in the National Vaccine Injury Compensation Program.[2] Petition (ECF No. 1). Petitioner alleged that as a result of receiving the influenza ("Flu") vaccine on November 12, 2015, she suffered from left brachial plexopathy. *Id*. On September 14, 2021, the undersigned issued a Ruling on Entitlement, finding that petitioner was entitled to compensation. Ruling on Entitlement (ECF No. 71).

On June 6, 2022, the respondent filed a Proffer of Award of Compensation, which indicates petitioner's agreement to compensation on the terms set forth therein. Proffer (ECF No. 88). The proffer is attached hereto as Appendix A.

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I intend to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). An objecting party must provide the court with a proposed redacted version of the opinion. *Id.* If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes. *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to 34 (2012) (hereinafter "Vaccine Act" or "the Act"). Hereinafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

Consistent with the terms in the attached Proffer, I hereby award the following in compensation for all damages that would be available under 42 U.S.C. §300aa-15(a):

1) **A lump sum payment of $110,192.54 (consisting of $110,000.00 for past pain and suffering, and $192.54 for past unreimbursed expenses) in the form of a check made payable to petitioner.**

The Clerk of the Court is directed to **ENTER JUDGMENT** in accordance with this decision. [3]

**IT IS SO ORDERED.**

<u>**s/Thomas L. Gowen**</u>
Thomas L. Gowen
Special Master

---

[3] Entry of judgment is expedited by each party's filing notice renouncing the right to seek review. Vaccine Rule 11(a).